| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Gregory J. Doan**<br>**Doan Law Firm, LLP**<br>**25401 Cabot Road, Suite 119**<br>**Laguna Hills, CA 92653**<br>**(949) 472-0593 Fax: (949) 472-5441**<br>**165174**<br>☒ *Attorney for:* | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re:<br><br>**George Joseph Williams, Jr.**<br>**Claudia Judith Wesolowski**<br>Debtor(s) | CASE NO :<br>CHAPTER: 7<br>ADV NO : |

## ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)

### PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

☐ Petition, statement of affairs, schedules or lists     Date Filed: _____
☒ Amendments to the petition, statement of affairs, schedules or lists     Date Filed: **APR 13 2010**
☐ Other: _____     Date Filed: _____

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney

_____     **April 8, 2010**
*Signature of Signing Party*     Date
**George Joseph Williams, Jr.**
*Printed Name of Signing Party*

_____     **April 8, 2010**
*Signature of Joint Debtor*     Date
**Claudia Judith Wesolowski**
*Printed Name of Joint Debtor*

### PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s) or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court

_____     **April 8, 2010**
*Signature of Attorney for Signing Party*     Date
**Gregory J. Doan 165174**
*Printed Name of Attorney for Signing Party*

February 2006                                                                                              2006 USBC Central District of California

# United States Bankruptcy Court
## Central District of California

In re  George Joseph Williams, Jr.
       Claudia Judith Wesolowski                                              Case No.  6:10-bk-20670
                                              Debtor(s)                       Chapter    7

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME - AMENDED PURSUANT TO 11 U.S.C. § 521 (a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to <u>one</u> of the following statements:

I,  George Joseph Williams, Jr.  , the debtor in this case, declare under penalty of perjury under the laws of the United States of America that:

- ☐ I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition
  (NOTE the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)

- ☒ I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

- ☐ I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition


I,  Claudia Judith Wesolowski  , the debtor in this case, declare under penalty of perjury under the laws of the United States of America that:

- ☒ I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
  (NOTE the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)

- ☐ I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer

- ☐ I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.


Date  April 13, 2010                       Signature   /s/ George Joseph Williams, Jr.
                                                       George Joseph Williams, Jr.
                                                       Debtor

Date  April 13, 2010                       Signature   /s/ Claudia Judith Wesolowski
                                                       Claudia Judith Wesolowski
                                                       Joint Debtor

All Rights Reserved.



# Earnings Statement

| | |
|---|---|
| Period Beginning: | 03/01/2010 |
| Period Ending: | 03/14/2010 |
| Pay Date: | 03/19/2010 |

CO.  FILE  DEPT.  CLOCK  NUMBER  070
UFX  000072  007105       0094314791  1

HEMETOHOP INC
1445 5TH STREET
SANTA MONICA, CA 90401

CLAUDIA WESOLOWSKI
964 PAINTBRUSH TRAIL
HEMET, CA 92545

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 3
 CA: 3

Social Security Number: XXX-XX-9924

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 8.0000 | 54.50 | 436.00 | 2,986.74 |
| Overtime | 12.0000 | 1.37 | 16.44 | 27.54 |
| Tips | | | 227.17 | 1,374.92 |
| **Gross Pay** | | | **$679.61** | 4,389.20 |

| Deductions | this period | year to date |
|---|---|---|
| **Statutory** | | |
| Social Security Tax | -42.14 | 272.13 |
| Medicare Tax | -9.85 | 63.64 |
| CA SU/SDI Tax | -7.47 | 48.28 |
| Federal Income Tax | | 1.11 |
| **Other** | | |
| Tips | -227.17 | 1,374.92 |
| **Net Pay** | **$392.98** | |

All Rights Reserved.



# Earnings Statement

Period Beginning: 02/15/2010
Period Ending: 02/28/2010
Pay Date: 03/05/2010

CLAUDIA WESOLOWSKI
964 PAINTBRUSH TRAIL
HEMET, CA 92545

CO.  FILE    DEPT.    CLOCK NUMBER    070
UFX  000072  007105   0094102619    1

HEMETOHOP INC
1445 5TH STREET
SANTA MONICA, CA 90401

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 3
  CA: 3

Social Security Number: XXX-XX-9924

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 8.0000 | 50.55 | 404.40 | 2,550.74 |
| Tips | | | 201.99 | 1,147.75 |
| Overtime | | | | 11.10 |
| **Gross Pay** | | | **$606.39** | 3,709.59 |

| Deductions | Statutory | |
|---|---|---|
| | Social Security Tax | -37.59 | 229.99 |
| | Medicare Tax | -8.79 | 53.79 |
| | CA SU/SDI Tax | -6.67 | 40.81 |
| | Federal Income Tax | | 1.11 |

Other
Tips                    -201.99    1,147.75

**Net Pay**              **$351.35**

All Rights Reserved.

# ADP®

# Earnings Statement

| | |
|---|---|
| Period Beginning: | 02/01/2010 |
| Period Ending: | 02/14/2010 |
| Pay Date: | 02/19/2010 |

CLAUDIA WESOLOWSKI
964 PAINTBRUSH TRAIL
HEMET, CA 92545

CO.  FILE   DEPT.   CLOCK  NUMBER  070
UFX  000072  007105  0093922960  1

HEMETOHOP INC
1445 5TH STREET
SANTA MONICA, CA 90401

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 3
CA: 3

Social Security Number: XXX-XX-9924

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 8.0000 | 46.36 | 370.88 | 2,146.34 |
| Tips | | | 241.59 | 945.76 |
| Overtime | | | | 11.10 |
| **Gross Pay** | | | **$612.47** | 3,103.20 |

| Deductions | | this period | year to date |
|---|---|---|---|
| Statutory | | | |
| Social Security Tax | | -37.97 | 192.40 |
| Medicare Tax | | -8.88 | 45.00 |
| CA SUI/SDI Tax | | -6.74 | 34.14 |
| Federal Income Tax | | | 1.11 |
| Other | | | |
| Tips | | -241.59 | 945.76 |
| **Net Pay** | | **$317.29** | |

All Rights Reserved.



# Earnings Statement

Period Beginning: 01/18/2010
Period Ending: 01/31/2010
Pay Date: 02/05/2010

CLAUDIA WESOLOWSKI
964 PAINTBRUSH TRAIL
HEMET, CA 92545

CO   FILE   DEPT   CLOCK NUMBER   070
UFX  000072 007105 0093682653   1

HEMETOHOP INC
1445 5TH STREET
SANTA MONICA, CA 90401

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 3
  CA: 3

Social Security Number: XXX-XX-9924

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 8.0000 | 34.87 | 278.96 | 1,775.46 |
| Regular | 10.0000 | 19.64 | 196.40 | |
| Tips | | | 208.23 | 704.17 |
| Overtime | | | | 11.10 |
| **Gross Pay** | | | **$683.59** | 2,490.73 |

| Deductions | Statutory | |
|---|---|---|
| | Social Security Tax | -42.39 | 154.43 |
| | Medicare Tax | -9.92 | 36.12 |
| | CA SUI/SDI Tax | -7.52 | 27.40 |
| | Federal Income Tax | | 1.11 |
| Other | | | |
| | Tips | -208.23 | 704.17 |
| | **Net Pay** | **$415.53** | |

## Doan Law Firm, LLP

**Self Employment Business Profit & Loss Statement**

INSTRUCTIONS: Enter monthly gross receipts and monthly expenses

| | |
|---|---|
| Name of Debtor: | George Williams |
| Name of Business: | Brubaker Colton |
| Nature of Business: | Real Estate |
| Anticipated Filing Month: | March |

*BUSINESS INCOME & EXPENSE DATA (12 Months prior to mo

| | Month/Yr | Apr-09 | May-09 | Jun-09 | Jul-09 | Aug-09 |
|---|---|---|---|---|---|---|
| | Tota Gross Receipts | 1,500 | 0 | 3,700 | 900 | 1,350 |
| | **Monthly Expenses** | | | | | |
| | Payroll | | 0 | 0 | 0 | 0 |
| 4 | Payroll Taxes | | 0 | | | 0 |
| 5 | Unemployment Taxes | 0 | 0 | 0 | 0 | 0 |
| 6 | Work Comp | 0 | 0 | 0 | 0 | 0 |
| 7 | Other Taxes | 0 | 0 | 0 | 0 | 0 |
| 8 | Inventory/Materials | 100 | 100 | 100 | 100 | 100 |
| 9 | Feed/Fertilizer/Seed | 0 | 0 | 0 | 0 | 0 |
| 10 | Rent | 0 | 0 | 0 | 0 | 0 |
| 11 | Utilities | 0 | 0 | 0 | 0 | 0 |
| 12 | Office Expenses/Supplies | 125 | 125 | 125 | 125 | 125 |
| 13 | Repairs/Maintenance | 0 | 0 | 0 | 0 | 0 |
| 14 | Gas | 0 | 0 | 0 | 0 | 0 |
| 15 | Travel/Entertainment | 0 | 0 | 0 | 0 | 0 |
| 16 | Equipment Rental & Leases | 200 | 200 | 200 | 200 | 200 |
| 17 | Legal/Accounting/Prof Fees | 0 | 0 | 0 | 0 | 0 |
| 18 | Insurance | 0 | 0 | 0 | 0 | 0 |
| 19 | Employee Benefits | 0 | 0 | 0 | 0 | 0 |
| 20 | Secured Business Debts | 0 | 0 | 0 | 0 | 0 |
| 21 | Cost of Sales | 0 | 0 | 0 | 0 | 0 |
| | Advertising | 50 | 50 | 50 | 50 | 50 |
| | Post Office | 90 | 120 | 120 | 120 | 120 |
| | Waste Management | 0 | 0 | 0 | 0 | 0 |
| | Royalty Fees | 0 | 0 | 0 | 0 | 0 |
| | **Total Expenses** | 565 | 595 | 595 | 595 | 595 |
| | **Adjusted Gross Income** | 935 | -595 | 3,105 | 305 | 755 |



| **CMI CALCULATION DATA (6 Months prior to month case is filed)** | | | | | | | *BUS I&E (12 M |
|---|---|---|---|---|---|---|---|
| Sep-09 | Oct-09 | Nov-09 | Dec-09 | Jan-10 | Feb-10 | Mar-10 | 12 Mo Total |
| 0 | 0 | 4,500 | 1,000 | 6,000 | 5,000 | 3,000 | 26,950 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | | | | | | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,200 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 125 | 125 | 125 | 125 | 125 | 125 | 125 | 1,500 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 200 | 200 | 200 | 200 | 200 | 200 | 200 | 2,400 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| 180 | 180 | 180 | 180 | 60 | 60 | 60 | |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 655 | 655 | 655 | 655 | 535 | 535 | 535 | 7,170 |
| -655 | -655 | 3,845 | 345 | 5,465 | 4,465 | 2,465 | 19,780 |

| ...lo) | **CMI (6 Mo) | |
|---|---|---|
| 12 Mo Ave | 6 Mo Total | 6 Mo Ave |
| 2,246 | 19,500 | 3,250 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 100 | 600 | 100 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 125 | 750 | 125 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 200 | 1,200 | 200 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 0 | 0 | 0 |
| 50 | 300 | 50 |
| 0 | 0 | 0 |
| 598 | 3,570 | 595 |
| 1,648 | 15,930 | 2,655 |